EXHIBIT A-1



**Source**: https://store.google.com/us/product/pixel_4a?hl=en-US

FIG. 1

**Device security**

- **Screen lock**
  Lock your phone with a PIN, pattern, or password. Learn how to set a screen lock.

- **Lock screen preferences**
  Choose which notifications show when your screen is locked. Learn how to control notifications..

- **Lockdown**
  Turn off notifications, fingerprint or face recognition unlocking, and Smart Lock while on your lock screen. Learn how to turn on lockdown.

- **Emergency information**
  Add text to your lock screen, like info to help someone return your phone if you lost it. Learn how to put a message on your lock screen.

- **Pixel Imprint**
  Use your fingerprint to unlock your phone and authorize purchases. Learn how to set up fingerprints.

- **Smart Lock**
  Set your device to stay unlocked in certain circumstances. Learn how to turn on Smart Lock.

Source: https://support.google.com/pixelphone/answer/2824802?hl=en

FIG. 2

1. From a Home screen, swipe up to display all apps.
2. Navigate: **Settings** ⚙ > **Security** > **Screen lock**.
   → If prompted to add a Google account:
   - Tap Add Google account now to set up an account.
   - Tap **Continue** to proceed without setting up an account.
     → If presented, enter the current PIN, password or pattern.
3. Do one of the following:
   - Set up a screen lock:
     - Pattern
     - PIN
     - Password
   - Disable screen lock:
     a. Tap 'None' or 'Swipe'.
     b. To confirm, tap **Yes, remove**.

## Pattern

💬 An unlock pattern is created to access the device.

1. Tap **Pattern**.
2. Draw an unlock pattern (connecting at least 4 dots) then tap **Next**.
3. Draw the same pattern again then tap **Confirm**.
4. If prompted, tap one of the following then tap **OK**:
   - Show all notifications
   - Hide sensitive notification content
   - Hide all notifications

Source: https://www.verizon.com/support/knowledge-base-228614/

FIG. 3

Set up your first fingerprint

1. Open your phone's Settings app.
2. Tap **Security**.
3. Tap **Pixel Imprint**.
4. Follow the on-screen steps. If you don't already have a screen lock, you'll be asked to add a backup PIN, pattern, or password.
5. Scan your first fingerprint. Tips:
    - Put your finger on your phone's sensor (not its screen).
    - Hold your phone as you'd normally hold it when unlocking. For example, hold your phone with its screen facing you.

https://support.google.com/pixelphone/answer/6285273#zippy=%2Cset-up-your-first-fingerprint%2Cremove-rename-or-replace-your-fingerprints

FIG. 4

**Device security**

- **Screen lock**
  Lock your phone with a PIN, pattern, or password. Learn how to set a screen lock.

- **Lock screen preferences**
  Choose which notifications show when your screen is locked. Learn how to control notifications..

- **Lockdown**
  Turn off notifications, fingerprint or face recognition unlocking, and Smart Lock while on your lock screen. Learn how to turn on lockdown.

- **Emergency information**
  Add text to your lock screen, like info to help someone return your phone if you lost it. Learn how to put a message on your lock screen.

- **Pixel Imprint**
  Use your fingerprint to unlock your phone and authorize purchases. Learn how to set up fingerprints.

- **Smart Lock**
  Set your device to stay unlocked in certain circumstances. Learn how to turn on Smart Lock.
  https://support.google.com/pixelphone/answer/2824802?hl=en

**Sensors**

Proximity / Ambient light sensor

Accelerometer / Gyrometer

Magnetometer

Pixel Imprint™ – back-mounted fingerprint sensor for fast unlocking

Barometer

Android Sensor Hub

Source: https://store.google.com/us/product/pixel_4a_specs?hl=en-US

FIG. 5

1. From a Home screen, swipe up to display all apps.
2. Navigate: **Settings** > **Security** > **Screen lock**.
   → If prompted to add a Google account:
   - Tap Add Google account now to set up an account.
   - Tap **Continue** to proceed without setting up an account.
     → If presented, enter the current PIN, password or pattern.
3. Do one of the following:
   - Set up a screen lock:
     - Pattern
     - PIN
     - Password
   - Disable screen lock:
     a. Tap 'None' or 'Swipe'.
     b. To confirm, tap **Yes, remove**.

Source: https://www.verizon.com/support/knowledge-base-228614/

FIG. 6

1. From a Home screen, swipe up to display all apps.
2. Navigate: **Settings** ⚙ > **Security** > **Screen lock**.
   → If prompted to add a Google account:
   - Tap Add Google account now to set up an account.
   - Tap **Continue** to proceed without setting up an account.
     → If presented, enter the current PIN, password or pattern.
3. Do one of the following:
   - Set up a screen lock:
     - Pattern
     - PIN
     - Password
   - Disable screen lock:
     a. Tap 'None' or 'Swipe'.
     b. To confirm, tap **Yes, remove**.

Source: https://www.verizon.com/support/knowledge-base-228614/

## Pattern

💬 An unlock pattern is created to access the device.

1. Tap **Pattern**.
2. Draw an unlock pattern (connecting at least 4 dots) then tap **Next**.
3. Draw the same pattern again then tap **Confirm**.
4. If prompted, tap one of the following then tap **OK**:
   - Show all notifications
   - Hide sensitive notification content
   - Hide all notifications

Source: https://www.verizon.com/support/knowledge-base-228614/

FIG. 7

**Set screen lock on your Pixel phone**

You can set up a screen lock to help secure your Android phone or tablet. Each time you turn on your device or wake up the screen, you'll be asked to unlock your device, usually with a PIN, pattern, or password. On some devices, you can unlock with your fingerprint.

**Important:** Some of these steps work only on Android 10 and up. Learn how to check your Android version.

**Set or change a screen lock**

**Important:** To ensure your automatic and manual backups are encrypted with your screen lock, use a PIN, pattern, or a password. Learn how to back up or restore data on your phone.

1. Open your phone's Settings app.
2. Tap **Security**.
3. To pick a kind of screen lock, tap **Screen lock**.
    - **If you've already set a lock**, you'll need to enter your PIN, pattern, or password before you can pick a different lock.
4. Tap the screen lock option you'd like to use. Follow the on-screen instructions.
5. To change your screen lock's settings, next to "Screen lock," tap Settings ⚙. Settings include automatic lock timing, Power button locking, and a lock screen message.

Source: https://support.google.com/pixelphone/answer/2819522

**Memory and Storage**

6 GB LPDDR4x RAM • 128 GB storage[3]

Source: https://store.google.com/us/product/pixel_4a_specs?hl=en-US

FIG. 8