UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **ALTPASS LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **GOOGLE LLC,** <br><br> Defendant. | Case No. 6:21-cv-797 <br><br> JURY TRIAL DEMANDED |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff Altpass LLC is a Texas limited liability company. Plaintiff has no parent corporation, and no publicly held company owns 10% or more of its stock.

DATED August 3, 2021.                    Respectfully submitted,

By: /s/ Neal Massand
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEY FOR PLAINTIFF
ALTPASS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, Waco Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Neal Massand
Neal Massand