## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 6:21-CV-00797-ADA

Plaintiff:
**Altpass LLC,**

vs.

Defendant:
**Google LLC,**

For:
Ni, Wang & Massand PLLC
8140 Walnut Hills Ln
Suite 500
Dallas, TX 75231

Received by Malone Process Service, LLC on the 26th day of August, 2021 at 4:35 pm to be served on **Google LLC by serving it's registered agent, Corporation Service Company, 211 East 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Dane Ray Cuppett, being duly sworn, depose and say that on the **27th day of August, 2021** at **12:53 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action with Complaint for Patent Infringement and Exhibits A, A-1, B, B-1, C-1, and C;  Civil Cover Sheet** with the date of delivery endorsed thereon by me, to **Samantha Guerra, Corporation Service Company** as the designated agent to accept delivery of process at the address of **211 East 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **Google LLC** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred.  The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 27th
day of August, 2021 by the affiant
who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

**Dane Ray Cuppett**
PSC-7114, Exp. 10/31/23

8/27/2021
**Date**

**Malone Process Service, LLC**
**P.O. Box 720040**
**Dallas, TX 75372**
**(877) 997-3783**

Our Job Serial Number: ATX-2021008885
Ref: Altpass LLC v. Google LLC

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t