## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| ALTPASS LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:21-cv-00797-ADA |
| GOOGLE LLC, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

### NOTICE REGARDING UNOPPOSED EXTENSION
### OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND

Pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff files this Notice Regarding Unopposed Extension of Time for Defendant to answer or otherwise respond to the Complaint for Patent Infringement (the "Complaint") filed on August 3, 2021.

Defendant's deadline to answer or otherwise respond to the Complaint is currently on or about September 17, 2021 and with the request for extension, Defendant's answer or other response would be due 45 days later on November 1, 2021.

This extension is necessary because Defendant recently retained counsel and, as a result, need additional time to answer or otherwise respond to the Complaint. Moreover, the requested extension does not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Plaintiff conferred with Counsel for Defendant and Defendant is unopposed to the relief sought.

Respectfully submitted,

BY: */s/ T. Neal Massand*
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**Ni,Wang & Massand, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEY FOR PLAINTIFF ALTPASS LLC**