UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ALTPASS LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:21-cv-00797-ADA |
| GOOGLE LLC, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

ORDER GRANTING
NOTICE REGARDING UNOPPOSED EXTENSION
OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND

On this day the Court considered Plaintiff's Notice Regarding Unopposed Extension of Time for Defendant to answer or otherwise respond to the Complaint for Patent Infringement (the "Complaint") filed on August 3, 2021. The Court grants an extension of time for Defendant to answer or otherwise respond to the Complaint. Therefore,

**IT IS ORDERED** that Plaintiff's Notice is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant has until November 1, 2021, to object to, respond to, move, or otherwise answer Plaintiff's complaint.

**SIGNED** on _____.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE