IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ALTPASS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:21-cv-00797-ADA |
| | § | |
| GOOGLE LLC, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**DISCLOSURE STATEMENT UNDER RULE 7.1 OF DEFENDANT GOOGLE LLC**

Under Rule 7.1 of the Federal Rules of Civil Procedure, defendant Google LLC discloses that Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc. Alphabet Inc. is publicly traded; no publicly traded company holds more than 10% of its stock.

Date: November 1, 2021                    Respectfully submitted,

/s/  John P. Palmer
John P. Palmer,
State Bar No. 15430600
John A. "Andy" Powell,
State Bar No. 24029775
Jacqueline P. Altman,
State Bar No. 24087010
**NAMAN HOWELL SMITH & LEE, PLLC**
400 Austin Avenue, Suite 800
Waco, Texas, 76701
+1 (254) 755-4100
+1 (254) 754-6331 facsimile
palmer@namanhowell.com
powell@namanhowell.com
jaltman@namanhowell.com

Matthew S. Warren
Jennifer A. Kash (*pro hac vice* to be filed)
Erika Warren
**Warren Lex LLP**

> 2261 Market Street, No. 606
> San Francisco, California, 94114
> +1 (415) 895-2940
> +1 (415) 895-2964 facsimile
> 21-079@cases.warrenlex.com
>
> *Attorneys for Defendant Google LLC*

## CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5 and Local Rule CV-5, I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system on November 1, 2021.

> /s/ *John P. Palmer*
> John P. Palmer