UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **ALTPASS LLC,**<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>**GOOGLE LLC,**<br><br>　　　　　　　　Defendant. | Case No.  6:21-cv-797-ADA |

**NOTICE REGARDING UNOPPOSED EXTENSION OF TIME**

　　　Plaintiff Altpass LLC hereby submits notice of the parties' agreement to extend the deadline for Plaintiff to respond to Defendant's Motion to Dismiss by fourteen (14) days.  The new deadline for Plaintiff to respond to the Motion to Dismiss will be November 29, 2021.  The parties have further agreed to a one-week extension of the deadline for Defendant to file its reply in support of the Motion to Dismiss.  The new deadline for Defendant to file its reply in support of the Motion to Dismiss will be December 13, 2021.

　　　This request does not change the date for any hearing, any final submission to the Court related to a hearing or trial.

　　　Counsel for Plaintiff has conferred with counsel for Defendant, and Defendant does not oppose.

DATED: November 15, 2021	Respectfully submitted,

By: */s/ Neal Massand*
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF
ALTPASS LLC**