UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **ALTPASS LLC,** | |
| Plaintiff, | Case No. 6:21-cv-797-ADA |
| v. | |
| **GOOGLE LLC,** | |
| Defendant. | |

ORDER

The Court, having considered Plaintiff Altpass LLC's notice regarding unopposed extension of time hereby extends the deadline for Plaintiff to file its response to Defendant's Motion to Dismiss to November 29, 2021 and extends the deadline for Defendant to file its reply in support of its Motion to Dismiss to December 13, 2021.

_____
Alan D. Albright
United States District Judge