IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **ALTPASS LLC,**<br><br>        Plaintiff,<br><br>  v.<br><br>**GOOGLE LLC,**<br><br>        Defendant. | **Case No. 6:21-cv-00797-ADA**<br><br>**JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff Altpass LLC ("Plaintiff") and Defendant Google LLC ("Defendant"), hereby provide the following status report.

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on August 3, 2021. There has been one extension for a total of 45 days.

## RESPONSE TO THE COMPLAINT

Defendant responded to the Complaint on November 1, 2021, by filing a Motion to Dismiss for Failure to State a Claim.

## PENDING MOTIONS

Defendant's Motion to Dismiss is currently pending before the Court. Plaintiff filed a Notice Regarding Unopposed Extension of Time as it relates to Defendant's Motion to Dismiss in which Plaintiff has until November 29, 2021 to respond and Defendant has until December 13, 2021 to file its reply

## RELATED CASES IN THIS JUDICIAL DISTRICT

Related cases in this Judicial District include *Altpass LLC v. Apple Inc.*, No. 6-21-cv-00805-ADA (W.D.T.X. filed Aug. 4, 2021), and *Altpass LLC v. Microsoft Corporation*, No. 6-

21-cv-00799-ADA (W.D.T.X. filed Aug. 3, 2021). These cases have since been voluntarily dismissed.

### IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

### NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted three patents and a total of five claims. The asserted patents are U.S. Patent Nos. 7,350,078, 7,725,725, and 8,429,415.

### APPOINTMENT OF TECHNICAL ADVISER

The parties do not request a technical adviser to be appointed to the case to assist the Court with claim construction or other technical issues.

### MEET AND CONFER STATUS

Plaintiff and Defendants met and conferred. The parties have no pre-Markman issues to raise at the CMC.

DATED: November 18, 2021              Respectfully submitted,

By: */s/ Neal Massand*                By: */s/ John P. Palmer*

Neal Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

***ATTORNEYS FOR PLAINTIFF***

John P. Palmer,
State Bar No. 15430600
John A. "Andy" Powell,
State Bar No. 24029775
Jacqueline P. Altman,
State Bar No. 24087010

**NAMAN HOWELL SMITH & LEE, PLLC**
400 Austin Avenue, Suite 800
Waco, Texas 76701
+1 (254) 755-4100
+1 (254) 754-6331 facsimile
palmer@namanhowell.com
powell@namanhowell.com
jaltman@namanhowell.com

Matthew S. Warren
Jennifer A. Kash (*pro hac vice* to be filed)
Erika Warren

**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-079@cases.warrenlex.com

***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5 and Local Rule CV-5, I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system on November 18, 2021.

    */s/ Neal Massand* _____
    Neal Massand