## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **ALTPASS LLC,** | |
| Plaintiff, | Case No. 6:21-cv-797 |
| v. | JURY TRIAL DEMANDED |
| **GOOGLE LLC,** | |
| Defendant. | |

## NOTICE OF APPEARANCE OF STEVENSON MOORE

Notice is hereby given that the undersigned attorney, Stevenson Moore, enters his appearance in this matter for Plaintiff, Altpass LLC, for the purpose of receiving notices and orders from the Court.

DATED November 29, 2021.

Respectfully submitted,

By: */s/ Stevenson Moore*
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4604
Fax: (972) 314-0900

**ATTORNEY FOR PLAINTIFF**
**ALTPASS LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of November, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                */s/ Stevenson Moore*
                                Stevenson Moore