IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ALTPASS LLC, | § | |
| | § | |
| Plaintiff, | § | Case No. 6:21-cv-00797-ADA |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

### STIPULATION TO EXTEND DEADLINE FOR OPENING *MARKMAN* BRIEF

Under the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, issued March 7, 2022, Plaintiff Altpass LLC and Defendant Google LLC hereby stipulate that Google's deadline to file its Opening *Markman* Brief shall be extended by seven days, to March 17, 2022.

The parties agree to this request, which does not change the date of any hearing, trial, or other Court date, and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Date:   March 10, 2022                                               Respectfully submitted,

| | |
|---|---|
| */s/ Neal G. Massand* | */s/ John P. Palmer* |
| Neal G. Massand | John P. Palmer, State Bar No. 15430600 |
| Texas Bar No. 24039038 | John A. "Andy" Powell, State Bar No. 24029775 |
| nmassand@nilawfirm.com | Jacqueline P. Altman, State Bar No. 24087010 |
| Timothy T. Wang | **NAMAN HOWELL SMITH & LEE, PLLC** |
| Texas Bar No. 24067927 | 400 Austin Avenue, Suite 800 |
| twang@nilawfirm.com | Waco, Texas, 76701 |
| Stevenson Moore V | +1 (254) 755-4100 |
| Texas Bar No. 24076573 | +1 (254) 754-6331 facsimile |
| smoore@nilawfirm.com | palmer@namanhowell.com |
| **NI, WANG & MASSAND, PLLC** | powell@namanhowell.com |
| 8140 Walnut Hill Ln., Ste. 500 | jaltman@namanhowell.com |
| Dallas, TX 75231 | |

Tel: (972) 331-4600
Fax: (972) 314-0900

*Attorneys for Plaintiff Altpass LLC*

Matthew S. Warren
Jennifer A. Kash (*admission pending*)
Erika Warren
**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-079@cases.warrenlex.com

*Attorneys for Defendant Google LLC*