IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ALTPASS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:21-cv-00797-ADA |
| | § | |
| GOOGLE LLC, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY ALL DEADLINES

Plaintiff Altpass LLC ("Altpass") and defendant Google LLC ("Google") respectfully submit this notice of settlement and joint motion to stay all deadlines.  Altpass and Google have reached a settlement in principle to dismiss all claims in this matter, and are in the process of finalizing the documents to complete this settlement.

Accordingly, Altpass and Google respectfully request that the Court grant a stay of all proceedings in this matter for thirty days and for any other relief to which they may be entitled.

Date:   March 17, 2022                          Respectfully submitted,

| | |
|---|---|
| */s/ Neal G. Massand* | */s/ John P. Palmer* |
| Neal G. Massand | John P. Palmer, State Bar No. 15430600 |
| Texas Bar No. 24039038 | John A. "Andy" Powell, State Bar No. 24029775 |
| nmassand@nilawfirm.com | Jacqueline P. Altman, State Bar No. 24087010 |
| Timothy T. Wang | **NAMAN HOWELL SMITH & LEE, PLLC** |
| Texas Bar No. 24067927 | 400 Austin Avenue, Suite 800 |
| twang@nilawfirm.com | Waco, Texas, 76701 |
| Stevenson Moore V | +1 (254) 755-4100 |
| Texas Bar No. 24076573 | +1 (254) 754-6331 facsimile |
| smoore@nilawfirm.com | palmer@namanhowell.com |
| **NI, WANG & MASSAND, PLLC** | powell@namanhowell.com |
| 8140 Walnut Hill Ln., Ste. 500 | jaltman@namanhowell.com |
| Dallas, TX 75231 | |

| | |
|---|---|
| Tel: (972) 331-4600 | Matthew S. Warren |
| Fax: (972) 314-0900 | Jennifer A. Kash (*admission pending*) |
| | Erika Warren |
| *Attorneys for Plaintiff Altpass LLC* | **Warren Lex LLP** |
| | 2261 Market Street, No. 606 |
| | San Francisco, California, 94114 |
| | +1 (415) 895-2940 |
| | +1 (415) 895-2964 facsimile |
| | 21-079@cases.warrenlex.com |
| | |
| | *Attorneys for Defendant Google LLC* |

## CERTIFICATE OF SERVICE

I certify that on March 17, 2022, I served the foregoing by notice of electronic filing on counsel of record registered as CM/ECF users.

/s/ John P. Palmer
John P. Palmer