**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| ALTPASS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:21-cv-00797-ADA |
| | § | |
| GOOGLE LLC, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**PROPOSED ORDER GRANTING NOTICE OF**
**SETTLEMENT AND JOINT MOTION TO STAY ALL DEADLINES**

Before the Court is the Notice of Settlement and Joint Motion to Stay All Deadlines filed by plaintiff Altpass LLC ("Altpass") and defendant Google LLC ("Google").  The parties inform the Court that they have reached a settlement in principle to dismiss all claims in this matter, and are in the process of finalizing the documents to complete this settlement.  The parties request a stay of all deadlines in this matter.

The Court is of the opinion that the motion should be GRANTED, and it is therefore,

ORDERED that the Notice of Settlement and Joint Motion to Stay All Deadlines is GRANTED and that all deadlines are hereby stayed for thirty days.

Signed this _____ day of _____, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE