IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ALTPASS LLC, | § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 6:21-cv-00797-ADA |
| GOOGLE LLC, | | JURY TRIAL DEMANDED |
| Defendant. | | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Altpass LLC, and Defendant, Google LLC, hereby stipulate to the dismissal of this action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE.

Date: April 5, 2022

/s/ Neal Massand
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Attorneys for Plaintiff Altpass LLC*

Respectfully submitted,

/s/ John Palmer
John P. Palmer, State Bar No. 15430600
John A. "Andy" Powell, State Bar No. 24029775
Jacqueline P. Altman, State Bar No. 24087010
**NAMAN HOWELL SMITH & LEE, PLLC**
400 Austin Avenue, Suite 800
Waco, Texas, 76701
+1 (254) 755-4100
+1 (254) 754-6331 facsimile
palmer@namanhowell.com
powell@namanhowell.com
jaltman@namanhowell.com

Matthew S. Warren
Jennifer A. Kash (*admission pending*)
Erika Warren
**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114

+1 (415) 895-2940  
+1 (415) 895-2964 facsimile  
21-079@cases.warrenlex.com

*Attorneys for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

I certify that on April 5, 2022, I served the foregoing by notice of electronic filing on counsel of record registered as CM/ECF users.

<u>/s/ John Palmer</u>  
John P. Palmer